954

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD RIDLEY, JR., Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BILLY THOMPSON, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

(November 21, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER A. COCCO, Appellant.— Judgment of conviction and orders affirmed. All concur. (Appeal from a judgment of Niagara County Court convicting defendant of the crime of grand larceny, second degree. The order denies a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ JOSEPH MARRONE, Appellant, v. URBANA WINE CO., INC., Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Steuben Trial Term dismissing the complaint on the merits on motion made by defendant at the close of plaintiff's case in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ In the Matter of the Accounting of HANOVER BANK et al., Respondents, as Executors of ISABELLA M. SHELDON, Deceased. HANOVER BANK et al., as Trustees of a Trust Made by ISABELLA M. SHELDON, et al., Respondents; RALPH C. SHELDON, JR., Appellant.— Decree affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree of Chautauqua Surrogate's Court settling the accounts of executors under the will of decedent.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ FRANK A. DEMMA, Respondent, v. HUGH H. WILLIAMS, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Oneida Trial Term granting plaintiff's motion to set aside the verdict of a jury in favor of defendant for no cause of action and granting a new trial, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ KATHLEEN B. JENKINS, Appellant, v. ALEXIS C. BARBEAU JR., et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term, changing the venue from New York to Erie County). Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ TOBIAS CROWE, Respondent, v. CITY OF UTICA, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Oneida Trial Term for plaintiff in a civil action for assault.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ GREGORY A. BACH, Respondent, v. LEE MOON et al., Doing Business as MOON BROS., et al., Appellants— Judgment reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of evidence. All concur for reversal, Vaughan and Williams, JJ., dissent as to granting a new trial and vote for dismissal of the complaint. (Appeal from a judgment of Oneida County Court for plaintiff in an automobile negligence action.) Present — McCurn. P. J., Vaughan, Kimball, Wheeler and Williams, JJ.